UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS FULLER, A/K/A RALEEM-X,
ALYCIA WILEY, TIERRA THOMAS,
AND DIONDRE THOMAS,

          Plaintiffs,

v.                                    CASE NO. 2:16-CV-11960
                                    HONORABLE VICTORIA A. ROBERTS

PCS DAILY DIAL PHONE COMPANY,

          Defendant.
_____/

## JUDGMENT

The above-entitled matter came before the Court on Plaintiffs' pro se Motion to Proceed in Forma Pauperis and their "Civil Action Complaint" brought pursuant to 42 U.S.C. § 1983. In accordance with the Opinion and Order entered on June 30, 2016:

(1) the Motion to Proceed in Forma Pauperis is **DENIED**.

(2) the Complaint is **DISMISSED** without prejudice.

(3) an appeal cannot be taken in good faith.

Dated at Detroit, Michigan on June 30, 2016.

                                                          DAVID J. WEAVER
                                                          CLERK OF THE COURT

APPROVED:                           BY: /s/ Linda Vertriest
                                                          DEPUTY CLERK

/s/ Victoria A. Roberts
VICTORIA A. ROBERTS
UNITED STATES DISTRICT JUDGE